IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 3:25-CR-159 |
| ) | |
| v.                       ) | Attempted Possession with the Intent to |
| ) | Distribute forty grams or more of Fentanyl |
| KEEZELL TUCKER,          ) | 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi) and |
| ) | 846 |
| Defendant.         ) | (Count One) |
| ) | |

November 2025 Term – at Richmond, Virginia

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Attempted possession with the intent to distribute forty grams or more of Fentanyl)

On or about July 28, 2025, in the Eastern District of Virginia, the defendant, KEEZELL TUCKER, knowingly and intentionally attempted to possess with the intent to distribute forty grams or more of a mixture and substance containing a detectable amount of Fentanyl, a Scheduled II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(vi) and 846).

### FORFEITURE ALLEGATION

Pursuant to Rule 32.2(a) Fed. R. Crim. P., the defendant is hereby notified that if convicted of the offense charged in Count One of this Indictment, the defendant shall forfeit to the United States any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation and any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

Property subject to forfeiture includes, but is not limited to:

(1) a Glock, Model 20, 10mm caliber, semi-automatic pistol, bearing serial number BZVF960;

(2) a Bear Creek Arsenal, .300 blackout caliber, AR-Style Rifle, with an obliterated serial number; and

(3) all accompanying magazines and ammunition.

If property subject to forfeiture cannot be located, the United States will seek an order forfeiting substitute assets.

(In accordance with Title 21, United States Code, Sections 853(a) and 853(p)).

A TRUE BILL:

LINDSEY HALLIGAN
UNITED STATES ATTORNEY AND SPECIAL ATTORNEY

TODD W. BLANCHE
DEPUTY ATTORNEY GENERAL

ROBERT K. MCBRIDE
FIRST ASSISTANT UNITED STATES ATTORNEY

By: _____
Eric Gilliland
Special Assistant United States Attorney

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office